```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
        COUNSEL/PARTIES OF RECORD

        JAN 1 8 2012

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVE MICHAEL COX, #40295 | ) |
| Plaintiff, | ) 3:12-cv-00017-RCJ-VPC |
| vs. | ) **ORDER** |
| JACK PALMER, *et al.*, | ) |
| Defendants. | ) |

Plaintiff filed a *pro se* civil rights complaint in state court, which defendants removed to this court on January 11, 2012 (ECF #1-1). The court finds plaintiff's complaint illegible. Accordingly, plaintiff has thirty (30) days to submit a legible complaint on this court's form. Plaintiff is cautioned to write as neatly and legibly as possible. This court cannot grant any relief if it is unable to decipher what claims plaintiff sets forth.

**IT IS THEREFORE ORDERED** that plaintiff has thirty (30) days to submit a legible complaint on this court's approved form.

**IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** plaintiff the approved form for filing a civil rights lawsuits under 42 U.S.C. §1983.

1 **IT IS FURTHER ORDERED** that failure to comply with this Order may result in the dismissal of this action without prejudice.

DATED this 18th day of January, 2012.

*[signature]*
UNITED STATES MAGISTRATE JUDGE