UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

STEVE MICHAEL COX,                )     3:12-cv-00017-RCJ-VPC
                                  )
            Plaintiff,            )
                                  )     **ORDER**
     vs.                          )
                                  )
JACK PALMER, *et al.*,            )
                                  )
            Defendants.           )

This is a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. Before the court plaintiff's motion for additional information (ECF #22) and motion for sanctions (ECF #23).

Both motions are denied. First, plaintiff's purported motion for additional information (ECF #22) is actually an affidavit that attempts to add additional claims to his complaint. If plaintiff wishes to add additional claims he must file a motion for leave to file an amended complaint, with proposed amended complaint attached.

Second, plaintiff's motion for sanctions for violations of court orders to provide ambulatory aid (ECF #23) refers to orders entered in other cases, not this action. Moreover, plaintiff already filed such a motion in this litigation (ECF #6), which the court denied. As the court previously advised, if plaintiff seeks immediate action by this court he shall file a motion for injunctive relief or temporary restraining order in accordance with Rule 65 of the Federal Rules of Civil Procedure.

**IT IS THEREFORE ORDERED** that plaintiff's motion for additional information (ECF #22) and motion for sanctions (ECF #23) are both **DENIED**.

DATED: May 31, 2012.

UNITED STATES MAGISTRATE JUDGE