UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

STEVE MICHAEL COX,

    Plaintiff,

vs.

JACK PALMER, et al.,

    Defendants.

3:12-cv-00017-RCJ-VPC

**ORDER**

FILED / ENTERED / RECEIVED / SERVED
COUNSEL/PARTIES OF RECORD
JUN 1 1 2012
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

    This is a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. Before the court plaintiff's motion for additional information (ECF #22) and motion for sanctions (ECF #23).

    Both motions are denied. First, plaintiff's purported motion for additional information (ECF #22) is actually an affidavit that attempts to add additional claims to his complaint. If plaintiff wishes to add additional claims he must file a motion for leave to file an amended complaint, with proposed amended complaint attached.

    Second, plaintiff's motion for sanctions for violations of court orders to provide ambulatory aid (ECF #23) refers to orders entered in other cases, not this action. Moreover, plaintiff already filed such a motion in this litigation (ECF #6), which the court denied. As the court previously advised, if plaintiff seeks immediate action by this court he shall file a motion for injunctive relief or temporary restraining order in accordance with Rule 65 of the Federal Rules of Civil Procedure.

    **IT IS THEREFORE ORDERED** that plaintiff's motion for additional information (ECF #22) and motion for sanctions (ECF #23) are both **DENIED**.

DATED: May 31, 2012.

_____
UNITED STATES MAGISTRATE JUDGE