UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| STEVE MICHAEL COX, | 3:12-CV-0017-RCJ (VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | October 11, 2012 |
| JACK PALMER, et al., | |
| Defendant(s). | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for disclosure *in camera* of plaintiff's medical and psychiatric records in support of motion opposing summary judgment (#45) is **DENIED without prejudice**. Defendants have not yet filed a responsive pleading and a scheduling order has not been issued.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
Deputy Clerk

FILED _____   RECEIVED _____
ENTERED _____   SERVED ON _____
COUNSEL/PARTIES OF RECORD

OCT 15 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY