### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVE MICHAEL COX, | ) | 3:12-CV-0017-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 11, 2012 |
| | ) | |
| JACK PALMER, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   _____LISA MANN_____   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for disclosure *in camera* of plaintiff's medical and psychiatric records in support of motion opposing summary judgment (#45) is **DENIED without prejudice**. Defendants have not yet filed a responsive pleading and a scheduling order has not been issued.

**IT IS SO ORDERED**.

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk

| | |
|---|---|
| ____ FILED | ____ RECEIVED |
| ____ ENTERED | ____ SERVED ON |
| | COUNSEL/PARTIES OF RECORD |

OCT ~~11~~ 15 ꙍ 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY