UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVE MICHAEL COX, | ) | 3:12-CV-0017-RCJ (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | January 3, 2013 |
| JACK PALMER, et al., | ) | |
| Defendant(s). | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for discovery of psychiatric/medical (x-rays) in support *in camera* to oppose motion for summary judgment (#59) is **DENIED as moot**. A motion for summary judgment has not yet been filed in this case.

**IT IS SO ORDERED**.

LANCE S. WILSON, CLERK

By:    /s/
       Deputy Clerk