UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVE MICHAEL COX, | ) | 3:12-CV-0017-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 15, 2013 |
| | ) | |
| JACK PALMER, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to hold in abeyance court's scheduling order pending service of process on Dr. Martin by U.S. Marshals (#57) is **DENIED**. Gregory Martin was served on November 16, 2012 (#74).

**IT IS SO ORDERED**.

LANCE S. WILSON, CLERK

By:    /s/
Deputy Clerk