## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL STEVE COX, | ) | 3:12-cv-00017-RCJ-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MINUTES OF THE COURT** |
| v. | ) | |
| | ) | |
| JACK PALMER, *et al.*, | ) | |
| | ) | January 24, 2012 |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:        LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court are: (1) defendants' motion to strike plaintiff's "supplemental brief to motion for temporary restraining order #49" (#51);[1] (2) defendants' motion to strike plaintiff's "supplemental brief to motion for temporary restraining order #58" (#62); and (3) defendants' motion to strike "affidavit in support of temporary restraining order #65" (#67).

On August 27, 2012, plaintiff filed a motion for a temporary restraining order entitled, "Motion/Affidavit in support of 'Emergency TRO' request (per order #28) for protections order(s) (video tapings) against direct physical/sexual threats, denied urgent! Medical cares, with illegal 'kneel down orders.' of disable(s), and destructions of legal/personal mails by ESP unit 4B officers (FRCP 65(a))" (#39). Defendants opposed (#42) and plaintiff replied (#44). Since that time, plaintiff has filed three supplemental briefs to his original motion (#49, #58, and #65) in an apparent attempt to keep the court informed of the alleged ongoing constitutional violations against him.  The three supplemental briefs are the subject of defendants' three motions to strike.

Local Rule (LR) 7-2 provides for the filing of a motion, an opposition, and a reply.  LR 7-2 does not provide for the filing of supplemental briefs, and plaintiff did not seek leave of the court to file any of his three supplements.

---

[1] Refers to the court's docket numbers.

Plaintiff's supplemental briefs are rogue documents.  Accordingly, and for good cause appearing, defendants' motions to strike (#51, #62, and #67) are hereby **GRANTED**.  Plaintiff's supplemental briefs (#49, #58, and #65) are hereby **STRICKEN**.

    **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
          Deputy Clerk