**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

STEVE MICHAEL COX,                )        3:12-CV-0017-RCJ (VPC)
                                  )
           Plaintiff,             )        **MINUTES OF THE COURT**
                                  )
      vs.                         )        February 14, 2013
                                  )
JACK PALMER, et al.,              )
                                  )
           Defendant(s).          )
_____ )

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  _____LISA MANN_____   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING _____

COUNSEL FOR DEFENDANT(S): NONE APPEARING _____

**MINUTE ORDER IN CHAMBERS:**

       Before the court is plaintiff's motion for Rule 11 sanctions (#77).  Defendants opposed the motion (#83), and plaintiff replied (#87).   Plaintiff's motion for Rule 11 sanctions (#77) is without merit and is **DENIED**.

       **IT IS SO ORDERED**.

                                          LANCE S. WILSON, CLERK


                                   By:_____/s/_____
                                          Deputy Clerk