UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVE MICHAEL COX, | ) | 3:12-CV-0017-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 14, 2013 |
| | ) | |
| JACK PALMER, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a motion for enlargement of time to complete discovery and motion to compel (#79). Defendants have opposed the motion (#84), and plaintiff has replied (#88).

Plaintiff's motion for enlargement of time to complete discovery and motion to compel (#79) is without merit and is **DENIED**. Plaintiff's motion is largely unintelligible and irrelevant to the only remaining claim before this court, an Eighth Amendment deliberate indifference claim. If plaintiff wishes to view his medical records he shall follow the standard policy and procedure of the Nevada Department of Corrections to do so.

The parties shall be granted an extension of time to **March 8, 2013** to file dispositive motions.

**IT IS SO ORDERED**.

LANCE S. WILSON, CLERK

By:           /s/
           Deputy Clerk