## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVE MICHAEL COX, | ) | 3:12-CV-0017-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 20, 2013 |
| | ) | |
| JACK PALMER, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>    LISA MANN    </u>    REPORTER: <u>NONE APPEARING </u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                    </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                 </u>

**MINUTE ORDER IN CHAMBERS:**

    Before the court are plaintiff's motions for Rule 11 sanctions (#s 93, 94, & 95). Plaintiff's motions for Rule 11 sanctions (#s 93, 94, & 95) are without merit and are **DENIED**.

    **IT IS SO ORDERED**.

                      LANCE S. WILSON, CLERK

                By:<u>          /s/                    </u>
                      Deputy Clerk