## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVE MICHAEL COX, | ) | 3:12-CV-0017-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 20, 2013 |
| | ) | |
| JACK PALMER, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court are plaintiff's motions for Rule 11 sanctions (#s 93, 94, & 95). Plaintiff's motions for Rule 11 sanctions (#s 93, 94, & 95) are without merit and are **DENIED**.

**IT IS SO ORDERED**.

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk