**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL STEVE COX,<br><br>　　　　　Plaintiff,<br>　v.<br>JACK PALMER, *et al.*,<br><br>　　　　　Defendant. | CASE NO.: 3:12-CV-00017-RCJ-VPC<br><br>**ORDER** |

　　　The Court has considered the Report and Recommendation of United States Magistrate (ECF #127) entered on August 14, 2013, in which the Magistrate Judge recommends that the Court enter an order denying Plaintiff's Motions for a Temporary Restraining Order (#81, #113/114, #115, #119, #120, #123, #125). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law.

　　　In addition, before the Court is the Report and Recommendation (#128) entered on August 19, 2013. Plaintiff filed his Objections to United States Magistrate Judge's Report and Recommendation (#131) on August 28, 2013.

　　　The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiffs, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The district court may accept, reject, or modify in whole or in part, the findings and recommendations made by the magistrate judge. Fed. R. Civ. P. 72(b). The Court determines that the Magistrate Judge's Report and Recommendation (#128) entered on August 19, 2013, is adopted and accepted.

///

1      IT IS HEREBY ORDERED that Plaintiff's Motions for a Temporary Restraining Order (#81,
2  #113/114, #115, #119, #120, #123, #125) are DENIED.

3      IT IS FURTHER ORDERED that Defendants' Motion For Summary Judgment (#97) is
4  GRANTED.  The Clerk of the Court shall enter judgment accordingly.

5      IT IS SO ORDERED.

6      Dated: This 3rd day of September, 2013.

_____
ROBERT C. JONES
UNITED STATES DISTRICT CHIEF JUDGE